UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLON DELANIE WAHSISE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF TOPPENISH; THE CITY OF TOPPENISH POLICE DEPARTMENT; OFFICER D. PEREZ #721, in his individual and official capacities; and OFFICER O. ZAPIEN # 727, in his individual and official capacities,<br><br>          Defendants. | NO.  2:13-cv-03060-SAB<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 24. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and attorneys' fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

     1. The parties' Stipulated Motion to Dismiss, ECF No. 24, is **GRANTED**.

     2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 26th day of September, 2014.



                                   Stanley A. Bastian
                                 United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2